DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Aaron Lewis Gaudinier

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>AARON LEWIS GAUDINIER,<br><br>    *Defendant.* | No. 1:12-cr-00057 LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:  July 16, 2012<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JEREMY R. JEHANGIRI, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Aaron Lewis Gaudinier, that the date for status conference in this matter may be continued to July 16, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is June 4, 2012. The requested new date is July 16, 2012.**

The defense is requesting additional time to review the forensic evidence and conduct witness interviews and other investigation to determine whether it will be necessary to have an expert examine the hard drive that was seized in this case. The government does not object to this defense request for a continuance.

///

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
3  ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4  the defendant in a speedy trial.

                                                           BENJAMIN B. WAGNER
                                                           United States Attorney

DATED: May 30, 2012    By /s/ Jeremy R. Jehangiri
                                                           JEREMY R. JEHANGIRI
                                                           Assistant United States Attorney
                                                           Attorney for Plaintiff

                                                           DANIEL J. BRODERICK
                                                           Federal Defender

DATED: May 30, 2012    By /s/ Eric V. Kersten
                                                           ERIC V. KERSTEN
                                                           Assistant Federal Defender
                                                           Attorney for Defendant
                                                           Aaron Lewis Gaudinier

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

   Dated:   **May 31, 2012**                    /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE