DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Aaron Lewis Gaudinier

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>AARON LEWIS GAUDINIER,<br><br>    *Defendant.* | No. 1:12-cr-00057 LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:  September 17, 2012<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

    **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Aaron Lewis Gaudinier, that the date for status conference in this matter may be continued to September 17, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is August 20, 2012. The requested new date is September 17, 2012 at 1:00 p.m.**

    The defense is requesting this continuance to allow time to discuss the case with a forensic expert and to determine whether it would be beneficial to retain such an expert. The government does not object to this defense request for a continuance.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the
3  ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4  the defendant in a speedy trial.

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

DATED: August 16, 2012               By  */s/ David L. Gappa*
                                                            DAVID L. GAPPA
                                                            Assistant United States Attorney
                                                            Attorney for Plaintiff


                                                            DANIEL J. BRODERICK
                                                            Federal Defender


DATED: August 16, 2012               By */s/ Eric V. Kersten*
                                                            ERIC V. KERSTEN
                                                            Assistant Federal Defender
                                                            Attorney for Defendant
                                                            Aaron Lewis Gaudinier

**ORDER**

The parties' request for a continuance of the status conference is DENIED.  The current Stipulation does not set forth a description of what actions have been undertaken to move the case forward.

The parties are cautioned that any future request for an extension of time must be supported by good cause and shall include a detailed explanation demonstrating due diligence.  This includes a description of what actions have been undertaken, in addition to a description of the further actions that are needed, to move the case forward.

IT IS SO ORDERED.

  Dated:   **August 16, 2012**                         */s/ Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE

Gaudinier: Stipulation to Continue Status Conference           2