1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorneys for Defendant
6   Aaron Lewis Gaudinier

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   No. 1:12-cr-00057 LJO-SKO
                                       )
12                  Plaintiff,         )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE AND ORDER THEREON
13          v.                         )
                                       )   Date:   February 19, 2013
14  AARON LEWIS GAUDINIER,             )   Time:   1:00 p.m.
                                       )   Judge:  Hon. Sheila K. Oberto
15                  Defendant.         )
                                       )
16  _____   )

17

18          **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel,

19  DAVID L GAPPA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN,

20  Assistant Federal Defender, counsel for defendant Aaron Lewis Gaudinier, that the date for status

21  conference in this matter may be continued to February 19, 2013, or the soonest date thereafter that is

22  convenient to the court.  **The date currently set for status conference is December 17, 2012.  The**

23  **requested new date is February 19, 2013.**

24          The defendant  is charged with the possession of illegal images and videos that were located on a

25  computer hard drive.  The defense has retained an expert to conduct a forensic examination of the hard

26  drive at issue; however, given the holidays and prior commitments of the expert it will not be possible for

27  the examination to be completed before early February 2013.  This continuance is requested to allow time

28  for completion of the forensic evaluation and discussion of the results with the defendant prior to the next

status conference.  The government does not object to this defense request for a continuance.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.


                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

DATED: December 12, 2012                    By  /s/ David L. Gappa
                                                            DAVID L GAPPA
                                                            Assistant United States Attorney
                                                            Attorney for Plaintiff


                                                            DANIEL J. BRODERICK
                                                            Federal Defender


DATED: December 12, 2012                    By /s/ Eric V. Kersten
                                                            ERIC V. KERSTEN
                                                            Assistant Federal Defender
                                                            Attorneys for Defendant
                                                            Aaron Lewis Gaudinier


## O R D E R

The date for status conference in this matter shall be continued from December 17, 2012, to **February 19, 2013.**  The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

The parties shall be prepared to select a mutually acceptable trial date at the February 19, 2013, status conference.


IT IS SO ORDERED.

**Dated:   December 13, 2012**                    **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE