BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-12-00057 LJO |
| Plaintiff, | ) | PROTECTIVE ORDER CONCERNING |
| | ) | DIGITAL MEDIA CONTAINING CHILD |
| v. | ) | PORNOGRAPHY |
| | ) | |
| AARON LEWIS GAUDINIER, | ) | Honorable Lawrence J. O'Neill |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1.    An agent with United States Immigration and Customs
Enforcement, Homeland Security Investigations, or other law
enforcement officer shall make a duplicate copy of the hard
drive(s) and any other storage media available for defense
analysis.

2.    The duplicate copies of the hard drive and storage media
shall be made available for defense counsel, Eric Kersten, and/or
defendant's proposed expert(s) at Global CompuSearch, to review at
a law enforcement office for the purpose of preparing for the
defense of the above-entitled action. The contraband images on the
hard drive and storage media shall not be viewed by any other

1  person(s) unless defense counsel is present and the viewing is

2  necessary to prepare for defendant's defense.

3      3.    A room, on the premises of a law enforcement office, will

4  be provided for the defense examination.  No government agent shall

5  access or review the defense copy of the hard drive while it is

6  within the custody of the law enforcement office.

7      4.    The expert will be permitted to bring whatever equipment,

8  books, or records the expert believes may be necessary to conduct

9  the examination;

10      5.    Neither the defense expert nor defense counsel shall

11  remove the hard drive(s) or other storage media from the confines

12  of the law enforcement office where it will be made available.

13      6.    With the exception of materials which would be considered

14  child pornography under federal law (including visual depictions

15  and data capable of conversion into a visual depiction), the expert

16  may download and remove files or portions of files, provided the

17  forensic integrity of the hard drive is not altered.  Defense

18  counsel and any designated expert will certify in writing (using

19  the attached certification), that no materials which would be

20  considered child pornography, or data capable of being converted

21  into child pornography, (under federal law) have been removed from

22  the law enforcement office.  The certification will also confirm

23  that the defense has not caused any child pornography to be sent

24  from the law enforcement premises by any means including by any

25  electronic transfer of files.

26      7.    Except when defense counsel or any designated defense

27  expert fails to provide this certification, no government agent, or

28  any person connected with the government, will examine or acquire

1   in any fashion any of the items used by the expert in order to

2   conduct the defense analysis.  Should defense counsel or a defense

3   expert fail to certify that counsel or the expert has not copied or

4   removed child pornography, or data capable of being converted into

5   child pornography, government agents may then inspect or examine

6   the materials, including the drive(s) and/or other storage media

7   provided for the defense review, in order to ensure that prohibited

8   child pornography has not been removed.

9        8.   When the defense indicates that it is finished with its

10  review of the copy of the hard drive(s), the drive(s) or other

11  storage devices shall be "forensically wiped" unless the defense

12  requests that they be preserved for future review or use.

13       9.   Any disputes regarding the above provisions or problems

14  implementing this order shall be brought to the attention of the

15  court through representative counsel after first consulting

16  opposing counsel.

17

18  IT IS SO ORDERED:

19

20  Dated: _April 25, 2013_____          /s/ Lawrence J. O'Neill_____
                                           HON. LAWRENCE J. O'NEILL
21                                         UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

                                     3

1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-12-00057 LJO |
| Plaintiff, | ) | CERTIFICATION REGARDING DIGITAL MEDIA CONTAINING CHILD PORNOGRAPHY |
| v. | ) | |
| AARON LEWIS GAUDINIER, | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATION

     I, _____, certify under
penalty of perjury that I have not copied or removed any images of
child pornography or data capable of being converted into images of
child pornography, or caused the same to be transferred
electronically (or by any other means) to any other location,
during the course of my review of the evidence in this case.

Date: _____          _____

4