JOSEPH SCHLESINGER, Bar #89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
Aaron Lewis Gaudinier

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>AARON LEWIS GAUDINIER,<br><br>*Defendant.*<br>_____ | No. 1:12-CR-00057 LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date: July 15, 2013<br>Time: 1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, DAVID L GAPPA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Aaron Lewis Gaudinier, that the date for status conference in this matter may be continued to July 15, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is April 29, 2013, before the Honorable Lawrence J. O'Neill. The requested new date is July 15, 2013, before the Honorable Sheila K. Oberto.**

This matter was scheduled before the district court because disputes existed regarding the conditions of the defense review of the forensic evidence in this case that parties wanted resolved by the district court. However, the parties have resolved the issues and additional time is needed to allow time for completion of the defense expert's review of the forensic evidence, and for counsel to discuss the results

of the review with Mr. Gaudinier, who is housed at the Lerdo/Kern County detention facility.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: April 25, 2013          By */s/ David L. Gappa*
                                DAVID L GAPPA
                                Assistant United States Attorney
                                Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: April 25, 2013          By */s/ Eric V. Kersten*
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Attorneys for Defendant
                                Aaron Lewis Gaudinier

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: April 25, 2013

/s/ Lawrence J. O'Neill
Lawrence J. O'Neill, Judge
United States District Court