BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>AARON LEWIS GAUDINIER<br><br>                Defendant. | CASE NO. 1:12-CR-00057-LJO<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Aaron Lewis Gaudinier, it is hereby ORDERED as follows:

1. Under 18 U.S.C. § 2253, defendant Aaron Lewis Gaudinier's interest in the following property shall be forfeited to the United States of America, to be disposed of according to law:

    a. Western Digital WD Caviar 500 GB Hard Drive, bearing serial number WCAPW5178873;
    b. Seagate Barracuda 1500 GB Hard Drive, bearing serial number 9VS3299F;
    c. Seagate Barracuda 1500 GB Hard Drive, bearing serial number 9VS37KLZ;
    d. Canon Power Shot 5215, bearing serial number 2328916800, with 1 GB memory card;and
    e. Compact Discs and DVDs.

Preliminary Order of Forfeiture         1

1      2.      The above-listed property constitutes property which contains visual
2   depictions mailed, shipped, or transported, and is property used or intended to be used to
3   commit and to promote the commission of a violation of 18 U.S.C. § 2252(a).

4      3.      Under Rule 32.2(b), the Attorney General (or a designee) shall be authorized
5   to seize the above-listed property.  The property shall be seized and held by the
6   Department of Homeland Security, Immigration and Customs Enforcement or Customs
7   and Border Protection.

8      4.      a.      Under 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local
9   Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this
10  Order and notice of the Attorney General's (or a designee's) intent to dispose of the
11  property in such manner as the Attorney General may direct shall be posted for at least 30
12  consecutive days on the official internet government forfeiture site www.forfeiture.gov.
13  The United States may also, to the extent practicable, provide direct written notice to any
14  person known to have alleged an interest in the property that is the subject of the order of
15  forfeiture as a substitute for published notice as to those persons so notified.

16             b.      This notice shall state that any person, other than the defendant,
17  asserting a legal interest in the above-listed property, must file a petition with the Court
18  within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on
19
20  the official government forfeiture site, or within thirty (30) days from receipt of direct
21  written notice, whichever is earlier.

22     5.  If a petition is timely filed, upon adjudication of all third-party interests, if any,
23  this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all
24  interests will be addressed.

25  **SO ORDERED**
    **Dated: June 18, 2014**
26
                                    **/s/ Lawrence J. O'Neill**
27                                  **United States District Judge**
28

Preliminary Order of Forfeiture                 2