BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>AARON LEWIS GAUDINIER,<br><br>    Defendant. | CASE NO. 1:12-CR-00057-LJO<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on June 19, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Aaron Lewis Gaudinier forfeiting to the United States the following property:

    a. Western Digital WD Caviar 500 GB Hard Drive, bearing serial number WCAPW5178873;
    b. Seagate Barracuda 1500 GB Hard Drive, bearing serial number 9VS3299F;
    c. Seagate Barracuda 1500 GB Hard Drive, bearing serial number 9VS37KLZ;
    d. Canon Power Shot 5215, bearing serial number 2328916800, with 1 GB memory card; and
    e. Compact Discs and DVDs.

AND WHEREAS, beginning on June 22, 2014, for at least 30 consecutive days, the

Final Order of Forfeiture     1

United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Aaron Lewis Gaudinier.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **November 17, 2014**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE